JS-6

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   MARQUISE BAILEY,                    Case No. 2:22-cv-04411-FLA (RAOx)

12                    Plaintiff,
                                         **ORDER DISMISSING ACTION**
13            v.                         **[DKT. 18]**

14

15   MICHAEL H. QUIGLEY; and DOES
     1 to 10,
16
                      Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

On September 28, 2022, Plaintiff Marquise Bailey ("Plaintiff") filed a Notice of Voluntary Dismissal of Entire Action ("Notice of Dismissal").  Dkt. 18.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1.  All dates and deadlines governing this action are VACATED.

    2.  The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: October 3, 2022

                                         FERNANDO L. AENLLE-ROCHA
                                         United States District Judge